Argued and submitted April 28, fine vacated; order otherwise affirmed May 11, 1988

## WALTER JOHNSON,
*Petitioner,*

*v.*

## OREGON STATE PENITENTIARY,
*Respondent.*

(07-87-116; CA A45611)

753 P2d 959

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Jan Londahl, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Scott McAlister, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of a final order of the Superintendent of the Oregon State Penitentiary contending only that the $200 fine imposed for violation of a disciplinary rule is invalid. We agree. *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988).

Fine vacated; order otherwise affirmed.